

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EWS:ATA
F. #2026R00533

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 5, 2026

By ECF

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    United States v. Godfrie Cole
>        Criminal Docket No. 26-156 (JMA)

Dear Judge Azrack:

The government respectfully submits this letter in response to defense counsel's motion for a hearing to address the circumstances of Godfrie Cole's death. For the reasons set forth below, the Court should not order the requested hearing.

First, defense counsel has provided no legal basis for the Court to hold such a hearing in this criminal case. As a result of the Mr. Cole's death, the government intends to file a motion to dismiss the indictment against him, which will end the case. The proper mechanism for the defendant's family to pursue information about the circumstances of his death is via a separate civil action.

Second, immediately upon learning of Mr. Cole's death, the U.S. Attorney's Office for the Eastern District of New York and the Federal Bureau of Investigation opened a criminal investigation. As that investigation is ongoing, the government is not able to publicly reveal what it has learned regarding the circumstances of Mr. Cole's death at this time without compromising the integrity of the investigation. Moreover, the Bureau of Prisons ("BOP") is not part of the investigation team. Insofar as defense counsel requests a hearing to determine what BOP knows about the cause of Mr. Cole's death and the steps it has taken to investigate Mr. Cole's passing, that request is both misplaced—BOP is not in a position to determine either the cause of death or conduct a criminal investigation—and would, again, interfere with the government's ongoing criminal investigation.

Mr. Cole's death at the MDC is tragic and the government is working to investigate the circumstances of his passing.  Nevertheless, there is no legal basis for the requested hearing, which would also interfere with the pending investigation.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    *Ashleigh Atasoy*
Ashleigh Atasoy
Assistant U.S. Attorney
(718) 254-6236

cc:    Clerk of Court (JMA) (by ECF)
       Counsel for the Defense (by ECF)

2